The People of the State of New York, Respondent, *v.* Diana Specialty Company, Inc., Appellant.

Argued June 2, 1938; decided July 7, 1938.

*S. John Block* and *Robert Halpern* for appellant.

*Thomas E. Dewey,* District Attorney (*Felix C. Benvenga* and *Karl Grebow* of counsel), for respondent.

*Alfred S. Perlstein* for Law Enforcement Committee of the New York State Pharmaceutical Association, *amicus curiæ.*

Judgment affirmed; no opinion.

Concur: Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: Crane, Ch. J.